**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eleanor J. Giamusso<br>Debtor(s) | CHAPTER 13 |
| Eleanor J. Giamusso<br>Debtor(s)/Plaintiff | |
| vs. | NO. 16-04155 MJC |
| Wells Fargo Bank, National Association, s/b/m to Wells Fargo Bank Minnesota, NA f/k/a Norwest Bank Minnesota, NA as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed Certificates Series 1997-3<br>Defendant | ADV. NO. 21-0045 MJC<br><br>Nature of Proceeding: Motion for Default Judgment |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance: Resolution of Motion .

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 15, 2022

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Defendant
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406