**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eleanor J. Giamusso<br>Debtor(s) | CHAPTER 13 |
| Eleanor J. Giamusso<br>Debtor(s)/Plaintiff | |
| vs. | NO. 16-04155 MJC |
| Wells Fargo Bank, National Association, s/b/m to Wells Fargo Bank Minnesota, NA f/k/a Norwest Bank Minnesota, NA as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed Certificates Series 1997-3<br>Defendant | ADV. NO. 21-0045 MJC |

**CERTIFICATE OF CONCURRENCE**

Both, Defendant and Plaintiff have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant