# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eleanor J. Giamusso<br>Debtor(s)<br><br>Eleanor J. Giamusso<br>Debtor(s)/Plaintiff<br><br>vs.<br><br>Wells Fargo Bank, National Association, s/b/m to Wells Fargo Bank Minnesota, NA f/k/a Norwest Bank Minnesota, NA as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed Certificates Series 1997-3<br>Defendant | CHAPTER 13<br><br>NO. 16-04155 MJC<br><br>ADV. NO. 21-0045 MJC |

## CERTIFICATE OF SERVICE OF REQUEST FOR CONTINUANCE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 15, 2022, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Eleanor J. Giamusso
165 Tompkins Street
Pittston, PA 18640

Attorney for Debtor(s)
(VIA ECF)
Ronald V. Santora, Esq.
1188 Wyoming Avenue (VIA ECF)
Forty Fort, PA 18704

Trustee
(VIA ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: March 15, 2022

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phone: (215) 825-6327
Email: rsolarz@kmllawgroup.com
Attorney for Movant